UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES MERTENS** <br> **Plaintiff** <br><br> vs. <br><br> **TRANS UNION, LLC, et. al.** <br> **Defendants** | Case Number 2:20-cv-04599-JMY |

**STIPULATION OF DISMISSAL**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff, JAMES MERTENS, and the defendant, AMERICAN EXPRESS, that the above entitled action is hereby dismissed with prejudice as to AMERICAN EXPRESS, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

    Vullings Law Group, LLC

BY:  */s/ Brent F. Vullings*
      Brent F. Vullings, Esq.
      *Attorney for Plaintiff*
      *James Mertens*


    Shook, Hardy & Bacon L.L.P.

BY:  */s/ Jeremy A. Gunn*
      Jeremy A. Gunn, Esq.
      *Attorney for Defendant*
      *American Express*


    IT IS SO ORDERED.


    _____
                                      J.